JAMALIE SHOHFI, Respondent, *v.* ESSA SHOHFI et al., Appellants.

Submitted March 3, 1952; decided March 13, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 370.]

In the Matter of RAY SALES Co., INC., Respondent. CELKA STORE FIXTURE Co., INC., Appellant.

Submitted March 3, 1952; decided March 13, 1952.

*David Haar* for motion.
*Murray Zeiger* opposed.

Motion denied, without costs, upon the condition that within ten days the appellant submit to a Judge of the Court of Appeals for approval an undertaking for costs.